Case 4:20-cv-00139   Document 10   Filed on 05/04/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS LEE ODOM, | § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. H-20-139 |
| WALLER COUNTY SHERIFF ROYCE GLENN SMITH, | § § § § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of Dismissal signed on this day, this pre-trial petition for a writ of habeas corpus is **DISMISSED** with prejudice.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 4th day of May, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE